AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-12068 |
| | ) |
| v. | ) |
| | ) |
| Koyo France SA, et al. | ) Hon.  David M. Lawson |
| | ) |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:    KOYO FRANCE SA


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S.Osorio _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    KOYO FRANCE SA

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-12068 |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     KOYO DEUTSCHLAND GMBH


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S.Osorio
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    KOYO DEUTSCHLAND GMBH

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at the usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | Civil Action No.  15-12068 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     NACHI TECHNOLOGY, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S.Osorio _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    NACHI TECHNOLOGY, INC.

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-12068 |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:   NACHI EUROPE GMBH


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:   s/S.Osorio
       *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    NACHI EUROPE GMBH

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____


____   Left copies at the usual place of abode with (name of person):

_____
_____
_____


____   Other (specify):

_____
_____
_____


____   Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:       _____

Signature of Server:  _____

Date:                 _____

Server's Address:     _____
                      _____
                      _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-12068 |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     NSK EUROPE LTD.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S.Osorio _____
    *Signature of Clerk or Deputy Clerk*

    Date of Issuance:  June 8, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-12068

Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    NSK EUROPE LTD.

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-12068 |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    SCHAEFFLER TECHNOLOGIES GMBH & CO. KG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/S.Osorio
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    SCHAEFFLER TECHNOLOGIES GMBH & CO. KG

Date of Service:    _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

## Service Fees:        Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Dale Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | Civil Action No. 15-12068 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon. David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     FAG KUGELFISCHER GMBH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/S.Osorio
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    FAG KUGELFISCHER GMBH

Date of Service:    _____

## Method of Service

____    Personally served at this address:
_____
_____
_____

____    Left copies at the usual place of abode with (name of person):
_____
_____
_____

____    Other (specify):
_____
_____
_____

____    Returned unexecuted (reason):
_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:      _____
Signature of Server:  _____
Date:                _____
Server's Address:    _____
                     _____
                     _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | Civil Action No.  15-12068 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    AB SKF


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/S.Osorio _____
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    AB SKF

Date of Service:    _____

## Method of Service

____    Personally served at this address:
_____
_____
_____

____    Left copies at the usual place of abode with (name of person):
_____
_____
_____

____    Other (specify):
_____
_____
_____

____    Returned unexecuted (reason):
_____
_____
_____

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | Civil Action No.  15-12068 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    SKF GMBH


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*



By:   s/S.Osorio _____
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015 _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-12068
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   SKF GMBH

Date of Service: _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | Civil Action No.  15-12068 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     NTN WLZLAGER (EUROPA) GMBH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/S.Osorio _____
       *Signature of Clerk or Deputy Clerk*

       Date of Issuance:  June 8, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-12068

Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    NTN WLZLAGER (EUROPA) GMBH

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:      _____

Signature of Server:  _____

Date:                _____

Server's Address:    _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Dalc Gear & Bearing Supply Corp., et al. | ) | |
| | ) | |
| | ) | Civil Action No.  15-12068 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Koyo France SA, et al. | ) | Hon.  David M. Lawson |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     NTN-SNR ROULEMENTS SA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*



By:  s/S.Osorio _____
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  June 8, 2015 _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-12068

Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    NTN-SNR ROULEMENTS SA

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____