UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** _____ **IN RE: BEARINGS CASES** _____ **THIS RELATES TO:** *DALC Gear & Bearing Supply Corp., et al. v. Koyo France S.A. et al.* | Master File No. 12-md-02311 Honorable Marianne O. Battani Case No.: 15-cv-12068-MOB-MKM |

### ORDER GRANTING DEFENDANT NSK EUROPE LTD.'S MOTION TO MAINTAIN SEAL

Upon consideration of Defendant NSK Europe Ltd.'s Motion to Maintain Under Seal an Exhibit to Direct Purchaser Plaintiffs' ("DPPs") Motion to Compel Production of Unredacted Documents by Defendant NSK Europe Ltd., and the brief in support thereof, it is hereby **ORDERED** that because there is a compelling interest in protecting the private, highly confidential, and commercially sensitive information of NSK entities and third parties, the motion is **GRANTED**.

It is **FURTHER ORDERED** that:

1. Exhibit D to DPPs' Motion to Compel Production of Unredacted Documents by Defendant NSK Europe Ltd. shall remain under seal.

**IT IS SO ORDERED.**

Date:   September 10, 2018              s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        United States District Judge

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 10, 2018

                                                            s/ Kay Doaks
                                                            Case Manager