**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DALC GEAR & BEARING SUPPLY CORP, MCGUIRE BEARING COMPANY, AND SHERMAN BEARINGS INC., <br><br>Individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br>v. <br><br>KOYO FRANCE SA, KOYO DEUTSCHLAND GMBH, NACHI TECHNOLOGY, INC., NACHI EUROPE GMBH, NSK EUROPE LTD., SCHAEFFLER TECHNOLOGIES GMBH & CO. KG, FAG KUGELFISCHER GMBH, AB SKF, SKF GMBH, SKF USA INC., NTN WALZLAGER (EUROPA) GMBH, AND NTN-SNR ROULEMENTS SA, <br><br>  Defendants. | Case No. 2:15-cv-12068-MOB-MKM |

## ORDER GRANTING MOTION TO WITHDRAW ALEXANDER PEPPER AS COUNSEL

WHEREAS, Alexander H. Pepper, an attorney at Winston & Strawn LLP, who represents Defendants Koyo France S.A. and Koyo Deutschland GmbH is leaving the law firm of Winston & Strawn LLP;

WHEREAS, Mr. Pepper requests that the Court enter an order allowing him to withdraw as counsel in the above-captioned action;

WHEREAS, other counsel of record will continue to appear as counsel on behalf of the above-named Defendants in this action;

WHEREAS, Mr. Pepper's withdrawal will not cause any delay in the progress of this action;

IT IS HEREBY ORDERED that Mr. Pepper be permitted to withdraw as counsel for the above-named Defendants in this action.

Date:   September 25, 2018                    s/Marianne O. Battani
                                                                             MARIANNE O. BATTANI
                                                                             United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 25, 2018.

                                                                              s/ Kay Doaks
                                                                              Case Manager